**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Shilo Inn, Bend, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-0642430** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3105 O.B. Riley Road**<br>**Bend, OR 97701**<br>Number, Street, City, State & ZIP Code | **c/o Shilo Management Corporation**<br>**11707 NE Airport Way**<br>**Portland, OR 97220**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Deschutes**<br>County | **Location of principal assets, if different from principal place of business**<br>**3105 O.B. Riley Road Bend, OR 97701**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.shiloinns.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 21-41340-BDL　Doc 1　Filed 08/13/21　Ent. 08/13/21 20:31:06　Pg. 1 of 17

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7211__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case 21-41340-BDL   Doc 1   Filed 08/13/21   Ent. 08/13/21 20:31:06   Pg. 2 of 17

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000            ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Case 21-41340-BDL    Doc 1    Filed 08/13/21    Ent. 08/13/21 20:31:06    Pg. 4 of 17

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 13, 2021**
MM / DD / YYYY

**X** **/s/ Mark Hemstreet**       **Mark Hemstreet**
Signature of authorized representative of debtor       Printed name

Title    **Secretary of Shilo Bend Corp., Manager**

**18. Signature of attorney**

**X** **/s/ Bryan T. Glover**       Date **August 13, 2021**
Signature of attorney for debtor       MM / DD / YYYY

**Bryan T. Glover**
Printed name

**Stoel Rives LLP**
Firm name

**600 University Street, Stuie 3600**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone **(206) 624-0900**     Email address **bryan.glover@stoel.com**

**WSBA No. 51045 WA**
Bar number and State

| Debtor | **Shilo Inn, Bend, LLC** | Case number *(if known)* | |
|--------|--------------------------|--------------------------|---|
| | Name | | |

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Shilo Inn, Idaho Falls, LLC** | | | Relationship to you | **Affiliate** |
|--------|--------------------------------|------|------------|---------------------|---------------|
| District | **Western District of Washington** | When | **11/02/20** | Case number, if known | **20-42489-BDL** |
| Debtor | **Shilo Inn, Nampa Suites, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington** | When | **10/15/20** | Case number, if known | **20-42349-BDL** |
| Debtor | **Shilo Inn, Ocean Shores, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington** | When | **10/15/20** | Case number, if known | **20-42348-BDL** |
| Debtor | **Shilo Inn, Warrenton, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington** | When | **8/13/21** | Case number, if known | |

# UNANIMOUS RESOLUTION OF MEMBERS AND MANAGER AUTHORIZING

## CHAPTER 11 BANKRUPTCY FILING

A special meeting of the members of Shilo Inn, Bend, LLC, an Oregon limited liability company (the "Company") was held on August 31, 2019, at which the following resolutions were duly enacted, and the same remain in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court in the event that any of these entities: Shilo Inn, Bend, LLC; Shilo Inn, Warrenton, LLC; Shilo Inn, Nampa Suites, LLC; or Shilo Inn, Ocean Shores, LLC, is faced with a foreclosure sale.

Dated: August 31, 2019

By: _____
    Mark Hemstreet
    Member holding 99.9% membership interests

By:    Shilo Bend Corp., an Oregon Corporation
      Manager and   Member holding 0.1% membership interests

    By: *[see secretary certificate and corporate minutes of board meeting]*
    Shannon M. Hemstreet, President, Director

    By: *[see secretary certificate and corporate minutes of board meeting]*
    Mark S.. Hemstreet, Treasurer, Director

    By: *[see secretary certificate and corporate minutes of board meeting]*
    C. Anthony Shippam, Independent Director

# SHILO BEND CORP.

## SECRETARY'S CERTIFICATE

I, Mark S. Hemstreet, am the duly elected, qualified and acting Secretary of Shilo Bend Corp., an Oregon corporation (the "Corporation"), and in such capacity, I have access to and the authority to certify the books and records of the Corporation. I hereby certify that the attached is a true and correct copy of the resolutions adopted at a special meeting of the Board of Directors of the Corporation on August 31, 2019, which resolutions have not been in any way amended, modified, revoked or rescinded since their adoption and remain in full force and effect as of the date hereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 24th day of October, 2019.

_____

Mark S. Hemstreet, Secretary

Minutes of board meetings of Shilo Bend Corp., Shilo Nampa Suites Corp., Shilo Ocean Shores Corp., and Shilo Warrenton Corp. (the "Companies").

At a duly held board meeting of each of the Companies at 3pm on August 31, 2019, the following resolution was made upon motion by Shannon Hemstreet, seconded by Mark Hemstreet and unanimously approved by board members: Shannon Hemstreet, Mark Hemstreet and C. Anytony Shippam:

> In the event that any one of the Companies are faced with a foreclosure sale, the Companies and its officers and managers are authorized to file bankruptcy protection under the United States Bankruptcy Code.

Thank you for your participation in this meeting called on short notice.

Enjoy the holiday weekend.

Best Regards,

David

David G. Bristol
General Counsel
Shilo Management Corporation
11707 NE Airport Way, Portland, Oregon 97220
Phone: (503) 641-6565 | Cell: (503) 997-4653 (Preferred)
david.bristol@shiloinns.com | www.shiloinns.com

ATTORNEY-CLIENT PRIVILEGED; DO NOT FORWARD WITHOUT PERMISSION

CONFIDENTIALITY NOTICE: This e-mail contains confidential and privileged information. It is intended only for the use of the individual(s) named as recipients. If you are not the intended recipient of this e-mail, please notify the sender and please do not deliver, distribute or copy this e-mail, or disclose its contents or take any action in reliance on the information it contains.

| | |
|---|---|
| Debtor name | **Shilo Inn, Bend, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Bankers Insurance Company PO Box 731178 Dallas, TX 75373-1178 | | | | | | $3,408.00 |
| Cascade Natural Gas Corp PO Box 5600 Bismarck, ND 58506-5600 | 541-382-6464 | | | | | $1,939.34 |
| City of Bend Water and Sewer PO Box 34533 Seattle, WA 98124-1533 | 541-388-5515 | | | | | $9,418.28 |
| HD Supply PO Box 509058 San Diego, CA 92150-9058 | 800-798-8888 | | | | | $13,253.12 |
| Liberty Mutual Insurance Group PO Box 85307 San Diego, CA 92186-5307 | 503-239-5800 | | | | | $2,681.00 |
| Republic Services PO Box 504 Bend, OR 97709-0504 | 541-382-2263 | | | | | $1,045.03 |
| Taskar Kibbee & Associates, PC 4900 SW Griffith Dr. Suite 269 Beaverton, OR 97005 | (503) 644-7933 | | | | | $2,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Shilo Inn, Bend, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 13, 2021**          X  **/s/ Mark Hemstreet**
                                               Signature of individual signing on behalf of debtor

                                               **Mark Hemstreet**
                                               Printed name

                                               **Secretary of Shilo Bend Corp., Manager**
                                               Position or relationship to debtor

# United States Bankruptcy Court
## Western District of Washington

In re    **Shilo Inn, Bend, LLC**        Case No.               

Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Hemstreet**<br>**c/o Shilo Management Corporation**<br>**11707 NE Airport Way**<br>**Portland, OR 97220** | | **99.9%** | |
| **Shilo Bend Corp**<br>**c/o Shilo Management Corporation**<br>**11707 NE Airport Way**<br>**Portland, OR 97220** | | **.1%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Secretary of Shilo Bend Corp., Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 13, 2021**               Signature   **/s/ Mark Hemstreet**

                                                   **Mark Hemstreet**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re   **Shilo Inn, Bend, LLC**      Case No.

                                                         Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary of Shilo Bend Corp., Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **August 13, 2021**                      **/s/ Mark Hemstreet**

                                                      **Mark Hemstreet/Secretary of Shilo Bend Corp., Manager**
                                                      Signer/Title

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

AMERICAN BANKERS INSURANCE COMPANY
PO BOX 731178
DALLAS, TX 75373-1178


ATTY GENERAL FOR STATE OF WA
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVENUE, 20TH FLOOR
SEATTLE, WA 98104


CASCADE NATURAL GAS CORP
PO BOX 5600
BISMARCK, ND 58506-5600


CITY OF BEND TRT
FINANCE DEPT / TRT
PO BOX 1024
BEND, OR 97709


CITY OF BEND WATER AND SEWER
PO BOX 34533
SEATTLE, WA 98124-1533


DAVID CRISWELL
LANE POWELL PC
601 SW SECOND AVENUE
SUITE 2100
PORTLAND, OR 97204


DEPARTMENT OF REVENUE
955 CENTER STREET NE
PORTLAND, OR 97220


DESCHUTES COUNTY TAX COLLECTOR
PO BOX 7559
PORTLAND, OR 97708-7559


DUANE MORRIS LLP
SPEAR TOWER
ONE MARKET PLAZA
SUITE 2200
SAN FRANCISCO, CA 94105


HD SUPPLY
PO BOX 509058
SAN DIEGO, CA 92150-9058

LIBERTY MUTUAL INSURANCE GROUP
PO BOX 85307
SAN DIEGO, CA 92186-5307


MARK HEMSTREET
C/O SHILO MANAGEMENT CORPORATION
11707 NE AIRPORT WAY
PORTLAND, OR 97220


REPUBLIC SERVICES
PO BOX 504
BEND, OR 97709-0504


RSS WFCM2015NXS4-OR SIB LLC
790 NW 107TH AVENUE
SUITE 400
MIAMI, FL 33172


SHILO FRANCHISE INTERNATIONAL
11707 NE AIRPORT WAY
PORTLAND, OR 97220


SHILO MANAGEMENT CORP
11707 NE AIRPORT WAY
PORTLAND, OR 97220


SHILO MANAGEMENT CORPORATION
11707 NE AIRPORT WAY
PORTLAND, OR 97220


SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST, #300
EL PASO, TX 79935


STATE OF OREGON LODGING TAX
OREGON DEPT OF REVENUE
PO BOX 14110
SALEM, OR 97309-0910


TASKAR KIBBEE & ASSOCIATES, PC
4900 SW GRIFFITH DR.
SUITE 269
BEAVERTON, OR 97005

UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101

# United States Bankruptcy Court
## Western District of Washington

In re   **Shilo Inn, Bend, LLC**
                            Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Shilo Inn, Bend, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Mark Hemstreet**
**c/o Shilo Management Corporation**
**11707 NE Airport Way**
**Portland, OR 97220**

☐ None [*Check if applicable*]

**August 13, 2021**

Date

**/s/ Bryan T. Glover**
**Bryan T. Glover**

Signature of Attorney or Litigant
Counsel for   **Shilo Inn, Bend, LLC**

**Stoel Rives LLP**
**600 University Street, Stuie 3600**
**Seattle, WA 98101**
**(206) 624-0900**
**bryan.glover@stoel.com**