American Bankers Insurance Company
PO Box 731178
Dallas, TX 75373-1178

Atty General for State of WA
Bankruptcy & Collections Unit
800 Fifth Avenue, 20th Floor
Seattle, WA 98104

Cascade Natural Gas Corp
PO Box 5600
Bismarck, ND 58506-5600

City of Bend TRT
Finance Dept / TRT
PO Box 1024
Bend, OR 97709

City of Bend Water and Sewer
PO Box 34533
Seattle, WA 98124-1533

David Criswell
Lane Powell PC
601 SW Second Avenue
Suite 2100
Portland, OR 97204

Department of Revenue
955 Center Street NE
Portland, OR 97220

Deschutes County Tax Collector
PO Box 7559
Portland, OR 97708-7559

Duane Morris LLP
Spear Tower
One Market Plaza
Suite 2200
San Francisco, CA 94105

HD Supply
PO Box 509058
San Diego, CA 92150-9058

Liberty Mutual Insurance Group
PO Box 85307
San Diego, CA 92186-5307

Mark Hemstreet
c/o Shilo Management Corporation
11707 NE Airport Way
Portland, OR 97220

Republic Services
PO Box 504
Bend, OR 97709-0504

RSS WFCM2015NXS4-OR SIB LLC
790 NW 107th Avenue
Suite 400
Miami, FL 33172

Shilo Franchise International
11707 NE Airport Way
Portland, OR 97220

Shilo Management Corp
11707 NE Airport Way
Portland, OR 97220

Shilo Management Corporation
11707 NE Airport Way
Portland, OR 97220

Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935

State of Oregon Lodging Tax
Oregon Dept of Revenue
PO Box 14110
Salem, OR 97309-0910

Taskar Kibbee & Associates, PC
4900 SW Griffith Dr.
Suite 269
Beaverton, OR 97005

United States Attorneys Office
Attn: Bankruptcy Assistant
700 Stewart Street, Room 5220
Seattle, WA 98101