The Honorable Brian D. Lynch
Chapter 11
Location: Tacoma, Courtroom I
Date of Hearing: To be Determined
Time of Hearing: To be Determined
Response Date: At or Before Hearing

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>SHILO INN, BEND, LLC, *et. al.,*[1],<br><br>Debtors and Debtors-in-Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects SHILO INN, BEND, LLC<br>☐ Affects SHILO INN, WARRENTON, LLC | Lead Case No. 21-41340-BDL<br><br>(Jointly Administered with Case No. 21-41341-BDL)<br><br>**DECLARATION OF LARRY CHANK IN SUPPORT OF:**<br><br>**EMERGENCY MOTION FOR AUTHORITY TO (1) PAY PREPETITION PRIORITY WAGES, COMMISSIONS AND BONUSES; AND (2) HONOR ACCRUED VACATION AND LEAVE BENEFITS IN THE ORDINARY COURSE OF BUSINESS;**<br><br>**EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE;** |

---

[1] The Debtors are Shilo Inn, Bend, LLC, Bankruptcy Case No. 21-41340-BDL and Shilo Inn, Warrenton, LLC, Bankruptcy Case No. 21-41341-BDL. The cases are jointly administered.

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 1 of 18

**EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO HONOR CERTAIN PREPETITION OBLIGATIONS TO CUSTOMERS**

I, Larry Chank, hereby declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am currently employed as the CEO of Shilo Management Corporation ("SMC"), which is the manager and operator of the Hotels (as defined below) owned by Shilo Inn, Bend, LLC ("Shilo Bend") and Shilo Inn, Warrenton, LLC ("Shilo Warrenton") (each a "Debtor" and, collectively, the "Debtors") the debtors and debtors in possession in the above-captioned, jointly-administered chapter 11 bankruptcy cases.

3. I have reviewed and am familiar with and am knowledgeable about the books and records of SMC and the Debtors, which books and records are made in the regular practice of business, kept in the regular course of business, made by a person with knowledge of the events and information related thereto, and made at or near the time of events and information recorded.

4. I was hired as CEO of SMC in February 2019, in which role I have continued to serve to this present day. I am the authorized agent for the Debtors in their respective chapter 11 bankruptcy cases.

5. I began my hospitality career in 1988 and have hands-on experience in hotel & restaurant operations (15 years) and accounting/finance (49 years). I am a 1970 graduate of Niagara University, Niagara Falls, New York, with a BBA in accounting and service as a Lieutenant in the Army Artillery. Prior to Shilo Inns, my position was the CFO/Controller for the Hopi Tribe Economic Development Corporation, and, in addition to my accounting duties, this position allowed me to advise the Hopi Tribe on matters related to operation of their residential,

DECLARATION OF LARRY CHANK IN SUPPORT OF EMERGENCY FIRST DAY MOTIONS - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005
Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 2 of 18

commercial, hotel, restaurant, travel plaza, and other real estate developments. I have a Certified Public Accountant license issued in the State of New York, and I am a licensed real estate broker in the State of California.

6. My duties have included the management and oversight of accounting personnel, including Accounts Payable, Accounts Receivable, Payroll, General Ledger, Audit, Treasury, Budgets, Cash Flow, Financial Reporting, Human Resources, and Information Systems.

7. I make this declaration in support of the Debtors' "first day motions" (each a "Motion" and, collectively, the "Motions") listed here as follows:

   a. Debtors' Emergency Motion for Authority to (I) Pay Prepetition Wages, Commissions and Bonuses; and (II) Honor Accrued Vacation and Leave Benefits in the Ordinary Course of Business (the "Wage Motion");

   b. Debtors' Emergency Motion for Entry of an Order Authorizing Debtors to Provide Adequate Assurance of Future Payment to Utility Companies Pursuant to Section 366(c) of the Bankruptcy Code (the "Utilities Motion"); and

   c. Debtors' Emergency Motion for Entry of an Order Authorizing Debtors to Honor Certain Prepetition Obligations to Customers (the "Customer Loyalty Program Motion").

**A.  General Information**

8. The Debtors commenced their respective chapter 11 bankruptcy cases by each filing a voluntary petition under chapter 11 of title 11, sections 101 *et seq.* of the United States Code, (the "Bankruptcy Code") on August 13, 2021 (the "Petition Date").

9. The Debtors continue to operate their businesses and manage their financial affairs as debtors in possession. No committee of unsecured creditors has been formed, and no trustee has been appointed. The Debtors' two case numbers are 21-41340 and 21-41341.

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 3

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 3 of 18

**B.     The Two Hotels**

10.     Mark S. Hemstreet has been the proud founder and owner and of the Shilo Inn Suites Hotel chain since 1974. Today, there are thirteen (13) company-owned Shilo Inn hotels across the western states, including one Shilo hotel in Killeen, Texas.

11.     Each of the two Debtors owns a hotel (each a "Hotel" and, collectively, the "Hotels"), as described in greater detail below.

12.     The Hotels are collateral for certain promissory notes (each a "Loan" and, collectively, the "Loans") originally made in November 2015 and now held by RSS WFCM2015NXS4-OR SIB, LLC (as to the loan to Shilo Bend), and RSS WFCM2016NXS5-OR SIW, LLC (as to the loan to Shilo Warrenton), (each a "Lender" and, collectively, the "Lender") and serviced by Rialto Capital Advisors, LLC ("Rialto").

13.     Shilo Bend operates a 151-room/suite, two-story, full-service hotel in Bend, Oregon (the "Bend Hotel"), on fee title land, operated pursuant to a franchise agreement with Shilo Franchise International ("SFI") and managed by Shilo Management Corporation ("SMC"). The Shilo Bend property has an outdoor pool and spa, indoor pool with sliding open-roof membrane and two spas, and steam and sauna room, exercise fitness center, guest laundry, as well as a free-standing restaurant and lounge and banquet facility, currently seeking a restaurant tenant. The Bend Hotel has approximately 29 employees. Based on the appraisal opinion of Mark Hemstreet, the fair market value of the Bend Hotel is at least between $15,000,000 and $20,000,000.

14.     Shilo Warrenton operates a 63-all-suites, four-story hotel plus an independent free-standing restaurant that is leased in Warrenton, Oregon (the "Warrenton Hotel"), on fee title land, operated pursuant to a franchise agreement with SFI and managed by SMC. The Shilo Warrenton property has an indoor pool, spa, steam and sauna room, fitness and business center, and meeting room. The Warrenton Hotel has approximately 15 employees. Based on the appraisal opinion of

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 4

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 4 of 18

Mark Hemstreet, the fair market value of the Warrenton Hotel is at least between $7,000,000 and $8,000,000.

15.     The Hotels have enjoyed historical success as stand-alone businesses leading up to 2020. Despite these challenges, the Debtors continued to maintain the properties in first-class, excellent condition and in compliance with Shilo Inn franchise standards. Unfortunately, in 2020 the Hotels experienced a sudden and sharp decline in hotel revenues due to the Covid-19 global pandemic and unprecedented global recession. Despite the availability of a vaccine, uncertainty with the Covid-19 delta variant has continued to suppress travel demand in the hotel and hospitality sector.

**C.     The Hotels Secured by Loans with the Lender**

16.     On or about November 2, 2015, each of the Debtors entered into loan agreements with Natixis Real Estate Capital, LLC ("Natixis"). On information and belief, Natixis collateralized the Loans into commercial mortgage backed securities and sold them as investments in the market. The Loans were being serviced by Wells Fargo prior to being moved to special servicing with Rialto in or about November 2018. Mark S. Hemstreet, founder of Shilo Inns, is a personal guarantor on the Loans.

17.     The Debtors made timely payments on the Loan for three years until the third quarter of 2018. Despite what might appear to have been a better economy on Wall Street with record Dow Jones stock averages, the general American economy continued to be a struggle for America's working class, which continues to have reverberations in the markets serving America's working class families. Shilo Inn has a long and proud 47-year-plus history of providing high quality resort, hotel, and vacation services to American families in the Pacific Northwest, and several western states, including Washington, Oregon, Idaho, Montana, Arizona, Nevada, and Texas. Shilo Inn has been a strong supporter and charitable donor to the service men and women of the United States Armed Forces, and Shilo is proud of its commitment to America's men and women in uniform and America's working class. As America's working class continued to

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 5

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 5 of 18

struggle through this economy, the Debtors nonetheless made timely debt service to the Lender for three years. But when the economic conditions strained the ability to make payments in late 2018, the Lender took increasingly aggressive steps to foreclose on the Debtors' assets.

18. For twelve months from approximately November 2018 to September 2019, the Debtors made numerous offers to the Lender and Rialto in efforts to bring current and reinstate the Loan through settlement. In the approximately 30 months leading up to the bankruptcy filings, Rialto controlled most of the Debtors' operating cash accounts under a lockbox cash management provision, making it very challenging for SMC and SFI to operate the hotels. Rialto collected all of the operating cash that Shilo created and insisted that the Debtors' affiliates, SFI, SMC, and Mr. Hemstreet personally pay for all of the expenses, including, but not limited to, labor, payroll, utilities, insurance, vendors, supplies, and taxes at the Hotels rather than use the Debtors' own generated operating cash and reserves to pay their own expenses. The Debtors were required to submit monthly operating expense draw requests at the end of each month and then have to wait at least another 45 days to ever receive reimbursement, resulting in SMC, SFI and Mr. Hemstreet having to advance and fund millions of dollars to the Hotels and causing more financial hardship on the Debtors, affiliates, SMC, SFI, and Mr. Hemstreet. During this period in 2019, the Debtors also learned that Rialto had used the lockbox funds to pay outstanding amounts due under the Loans, informing the Debtors weeks after the fact.

19. On January 23, 2020, the Debtors and Rialto, on behalf of Lender, each entered into separate Forbearance Agreements wherein Rialto agreed to forbear from exercising its rights and remedies until July 23, 2020. Upon execution of its Forbearance Agreement, Shilo Bend paid Lender the amount of $508,704 to be applied to outstanding amounts due under the Shilo Bend Loan. Upon execution of its Forbearance Agreement, Shilo Warrenton paid Lender the amount of $243,531 to be applied to outstanding amounts due under the Shilo Warrenton Loan. In addition, the Debtors brought current their past due monthly loan payments owed for November and December 2019 and January 2020 in the total amount of $183,138.51 for the Shilo Bend Loan and

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 6

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 6 of 18

$90,306.90 for the Shilo Warrenton Loan. Thereafter, the Debtors were required to make the regular principal and interest payments on the Loan. The Debtors were current on the payments required under the Forbearance Agreement until the onset of the COVID-19 pandemic.

20. The American economy in general and the hotel industry in particular have been decimated as a result of the pandemic and the applicable state and local stay at home orders. Specifically, the pandemic and applicable stay at home orders caused a sudden and dramatic loss of revenues and occupancy at the Hotels just when the Hotels would normally experience increasing revenues coming out of winter and going into spring break. As a result of the COVID-19 pandemic and the immediate loss of revenue and occupancy as a result of the stay at home orders, the Debtors unfortunately defaulted under the Forbearance Agreement. The Debtors are not unique among hotel owners and operators defaulting on loans and facing foreclosure as a result of the COVID-19 pandemic. A 2020 survey by the American Hotel and Lodging Association estimated that half of hotel owners in the country are in danger of foreclosure as a result of the pandemic. It is incumbent upon hospitality lenders to work with their borrowers during these unfortunate times.

21. While vaccines for COVID-19 are available for the general population, the United States has struggled to convince its population to accept the vaccine and reach a critical level of herd immunity. In the meantime, children under the age of 12 remain unable to receive the vaccine, and the highly contagious and more deadly COVID-19 delta variant is spreading rapidly across the country in what the national medical community has called a pandemic of the unvaccinated (with even an apparent rise in breakthrough cases among the vaccinated as well). The confluence of these terrible events has continued to suppress hotel and hospitality demand.

22. Rialto scheduled non-judicial foreclosure sales of the Hotels, which were continued and rescheduled from time to time, until August 16, 2021. In addition to the payments under the Forbearance Agreements as set forth above, since the termination of the Forbearance Agreements, the Shilo organization paid to Rialto additional and substantial sums to postpone the foreclosures

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 7

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 7 of 18

sales while the parties attempted to reach a further out-of-court agreement on restructuring the debts. Additionally, SFI and SMC have forgone and not received franchise and management fees since at least September 2018 as part of Shilo's good faith effort to accomplish a successful restructuring.

23. Even when three of the Debtors' affiliates (Shilo Inn, Ocean Shores, LLC, Shilo Inn, Nampa Suites, LLC, and Shilo Inn, Idaho Falls, LLC) (collectively, the "2020 Shilo Debtors") were forced to file for chapter 11 bankruptcy protection in the Fall of 2020, the Debtors continued to make good faith refinancing and settlement proposals to Rialto based on the expressed interest of third-party refinancing lenders with global settlement/refinancing offers. Unfortunately, despite the Debtors sharing with Rialto the most recent names of pending new third-party refinancing lenders and repeated requests to postpone foreclosure, Rialto would not agree to postpone the foreclosure sales on the Debtors' Hotels.

24. Faced with the foreclosure sales, the Debtors determined in their reasonable business judgment that it would be best to file for chapter 11 bankruptcy protection for the benefit of all creditors, to save the jobs of the 44 employees who work at the Hotels, and to save the equity in the Hotels through a reorganization of their financial affairs in bankruptcy court.

**D.    Prepetition Wages**

25. In the operation of the Hotels, the Debtors employ in the aggregate approximately 44 employees on the premises. Each payroll covers a two-week period. The prepetition portion of the Debtors' unpaid payroll period is shown on **Exhibit 1** to this Declaration, including the dates covered, when Shilo does payroll, cuts checks, initiates direct deposits, and funds payroll. Collectively, this period is referred to as the "Prepetition Period" and the wages as the "Prepetition Wages." The Debtors make payroll in two tranches. Shilo Bend pays its staff on August 18, 2021, and its hotel managers on August 25, 2021, with a recurring staggered payroll. Shilo Warrenton pays its staff and hotel managers on the same payroll together, with the next payroll due on August 25, 2021. *SMC has already paid the August 18 payroll with its own funds (not*

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 8

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 8 of 18

*estate funds) so that there is no disruption to the employees' pay during this difficult Covid-19 time, and by this Motion SMC seeks permission for reimbursement of this amount*. The Debtors submit that these hotel managers are not insiders because they do not have any control over the Debtors' financial affairs, budgeting, or macro-decisions, which are all made by the corporate office at SMC (the SMC corporate employees are paid by SMC, not the Debtors, and are not part of the Wage Motion). The amounts on **Exhibit 1** represent the total gross amount of prepetition payroll, including workers compensation contributions, medical benefit contributions, federal and state withholding taxes, payroll taxes, and service fees to SMC. None of the employees to be paid Prepetition Wages are insiders. A redacted list of the employees and the amounts of the Prepetition Wages are shown on **Exhibit 1** to this Declaration. The names of the employees have been redacted to protect their privacy, but an un-redacted version will be submitted to the U.S. Trustee, the Court, and Rialto, if requested.

26. The source of funds to be used to honor the wages, salaries, commissions and bonuses for the Prepetition Period will be the Debtors' revenue, which may constitute the cash collateral of the Lender and a number of other secured creditors. The Debtors' request to use cash collateral is included in a separate motion filed concurrently herewith.

27. By way of the Wage Motion, the Debtors seek authority to transfer the exact amount of funds necessary to SMC for the express purpose of paying non-insider, Prepetition Wages, within the limits of $13,650 per employee.

28. All of the employees to which the Debtors seek to pay wages, salaries, commissions, and bonuses for the Prepetition Period are still employed by the Debtors. The Debtors submit that approval to honor the employees' wages, salaries, commissions, and bonuses for the Prepetition Period, including all federal and state withholding taxes, payroll taxes, employer matching 401(k) contributions, and payroll service fees, will not render any estate administratively insolvent.

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 9

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 9 of 18

29. The Debtors' employees are integral to the Debtors' continued operation and the generation of revenue, while preserving the value of all of the estates. In short, the Debtors cannot continue to operate and reorganize without the employees. If the Debtors do not continue to pay their employees their ordinary and earned wages, salaries, commissions, and bonuses, the employees will likely quit, and especially in today's post-Covid pandemic era, it is very difficult to find new employees. Without employees, the Debtors' operations and the value of their business will be severely impaired, if not eviscerated altogether.

**E.     Utilities**

30. To operate the Hotels, the Debtors receive water, gas, electricity, sewer, garbage telephone, TV, movie/cinema, internet, and similar utility services from a number of utility companies (each a "Utility Company," and collectively, the "Utility Companies"). Given the importance of the services provided by the Utility Companies to the Debtors' businesses, it is crucial that the means of providing adequate assurance to the Utility Companies which provide utility services to the Debtors be determined so that there is no interruption in the services provided.

31. Prior to the commencement of the Debtors' bankruptcy cases, the Utility Companies listed in **Exhibit 2** to this Declaration provided utility services to the Debtors. The Debtors intend to provide adequate "assurance of payment" by providing each of the Utility Companies listed in **Exhibit 2** with a cash deposit, as authorized by Section 366(c)(1)(A)(i) of the Bankruptcy Code, in the amounts set forth in **Exhibit 2**, provided that the Debtors will continue to utilize such services. The proposed deposit amounts were determined based on an average of the three (3) monthly ledgers reflecting expenses the Debtors incurred for the respective Utility Companies. To the extent that a deposit is already in place with a particular Utility, such amount was deducted from the proposed deposit sought herein. The source of funds to be used to pay the cash deposits to the Utility Companies will be the Debtors' post-petition revenues and cash on hand.

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 10

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 10 of 18

### F. Customer Loyalty Program Obligations

32. The Debtors' Hotels are just two of thirteen (13) affiliated hotels under the SFI brand. The Star Program allows customers of Shilo Inns to earn 1 point per dollar spent on room rates per day, excluding tax and other expenses. For each 900 points gained, the customer can earn a free night at a Shilo Inn hotel. Accordingly, Shilo customers can also earn a variety of certificates with points ranging from 250-900, which is clearly stated on the Shilo Inn website under Star Rewards along with its terms and conditions. The Debtors submit that the Star Program provides benefits to all of the Debtors because it encourages customers to be loyal in choosing these two hotels over the many other hotel choices that they have in each region. Without the Star Program, it is almost certain that the Debtors will lose business and future business from customers who would otherwise not have this incentive to be loyal in choosing Shilo hotels.

33. The Debtors submit that the discretion to honor the Star Program is essential to the Debtors' maintenance of positive customer relations, as a failure to honor the existing Star Program is certain to detrimentally affect customer goodwill and impair the Debtors' ability to generate repeat business from the Debtors' customers. If the Debtors are not authorized to honor the Star Program in their discretion, the Debtors' ability to continue to generate business, successfully reorganize and/or maximize value for creditors could be seriously jeopardized, particularly where the underlying transaction involves long-standing, crucial customers.

34. The Debtors engage in the Star Program in the ordinary course of their business. The Debtors' most important clients are familiar with the Star Program and expect the benefits they receive from them. The success of the Debtors' business and the ability of the Debtors to successfully reorganize and/or to maximize value for creditors are completely dependent upon the loyalty, confidence, and continued patronage of their clients. Any delay in honoring the Star Program obligations likely will create immediate and irreparable customer dissatisfaction and frustration, causing clients to offer their business to the Debtors' competitors.

DECLARATION OF LARRY CHANK IN SUPPORT OF EMERGENCY FIRST DAY MOTIONS - 11

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112042735.2 0070625-00005

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 11 of 18

35. At a time when customer loyalty and patronage is critical to the Debtors' reorganization efforts, the Debtors submit that it is entirely necessary, and appropriate, for the Court to issue an order allowing the Debtors to continue to honor the Star Program in these circumstances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 20th day of August 2021, at Portland, Oregon.

_____
LARRY CHANK

Respectfully submitted:

DATED: August 20, 2021.

LEVENE, NEALE, BENDER,
YOO & BRILL L.L.P.

*/s/ John-Patrick M. Fritz*
David B. Golubchik (admitted pro hac vice)
J.P. Fritz (admitted pro hac vice)

Proposed Attorneys for Debtors and
Debtors-in-Possession

STOEL RIVES LLP

*/s/ Bryan T. Glover*
Bryan T. Glover, WSBA No. 51045

Proposed Attorneys for Debtors and
Debtors-in-Possession

DECLARATION OF LARRY CHANK IN SUPPORT OF
EMERGENCY FIRST DAY MOTIONS - 12

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

108418282.1 0070625-00002

Case 21-41340-BDL    Doc 34    Filed 08/20/21    Ent. 08/20/21 15:25:56    Pg. 12 of 18

# EXHIBIT 1

|  | Report: | Payroll Pay Statements: Default |
|---|---|---|
|  | Sorted By: | Last Name Ascending |
|  | Filtered By: | Employee Filter: All Employees; Default Location starts with bend |
|  | Date & Time: | 08/20/2021 08:48a |
|  | Generated By: | Shelly J. Meyer |
|  | Company: | SHILO INNS (6013713) |

| First Name | Last Name | Type | Status | # | Pay Date | Regular Hours | Gross | Net Payment | Default Location | Employee Status | Date Terminated | Sick Hours | Vacation Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Regular | Finalized | 804751 | 08/18/2021 | 44.42 | $755.14 | $614.89 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804752 | 08/18/2021 | 80.00 | $1,654.55 | $1,066.31 | Bend - 030 | Active |  | - | - |
|  |  | Manual | Finalized | 804743 | 08/18/2021 | 41.36 | $703.12 | $584.14 | Bend - 030 | Terminated | 08/06/2021 | - | - |
|  |  | Regular | Finalized | 804753 | 08/18/2021 | 79.99 | $1,401.93 | $1,049.05 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804754 | 08/18/2021 | 55.67 | $974.44 | $783.94 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804755 | 08/18/2021 | 80.00 | $1,807.69 | $1,334.96 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804756 | 08/18/2021 | 80.00 | $1,608.37 | $1,198.62 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804757 | 08/18/2021 | 62.24 | $1,110.87 | $874.35 | Bend - 030 | Terminated | 08/16/2021 | - | - |
|  |  | Regular | Finalized | 804758 | 08/18/2021 | 80.00 | $1,529.07 | $1,177.71 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804759 | 08/18/2021 | 65.11 | $1,502.10 | $1,306.15 | Bend - 030 | Active |  | - | 16.00 |
|  |  | Regular | Finalized | 804760 | 08/18/2021 | 16.75 | $284.75 | $231.23 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | -65302 | 08/18/2021 | 80.00 | $1,394.94 | $1,139.13 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804761 | 08/18/2021 | 39.35 | $501.71 | $426.50 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804762 | 08/18/2021 | 80.00 | $1,596.13 | $1,198.80 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804763 | 08/18/2021 | 78.80 | $1,440.58 | $1,113.73 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804764 | 08/18/2021 | 71.87 | $1,397.73 | $1,099.38 | Bend - 030 | Active |  | 8.00 | - |
|  |  | Manual | Finalized | 804734 | 08/18/2021 | 81.37 | $1,423.98 | $1,119.43 | Bend - 030 | Terminated | 07/26/2021 | - | - |
|  |  | Regular | Finalized | 804765 | 08/18/2021 | 56.70 | $1,020.60 | $852.28 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804766 | 08/18/2021 | 47.88 | $610.47 | $500.32 | Bend - 030 | Active |  | - | - |
|  |  | Manual | Finalized | 804744 | 08/18/2021 | 61.23 | $1,040.91 | $824.24 | Bend - 030 | Terminated | 08/07/2021 | - | - |
|  |  | Regular | Finalized | 804767 | 08/18/2021 | 80.00 | $1,579.35 | $1,289.83 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804768 | 08/18/2021 | 79.47 | $1,445.59 | $1,298.67 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804769 | 08/18/2021 | 63.08 | $1,266.67 | $951.60 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804770 | 08/18/2021 | 73.83 | $1,255.11 | $978.98 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804771 | 08/18/2021 | 43.59 | $741.03 | $604.31 | Bend - 030 | Terminated | 08/17/2021 | - | - |
|  |  | Regular | Finalized | 804772 | 08/18/2021 | 39.03 | $663.51 | $546.59 | Bend - 030 | Terminated | 08/17/2021 | - | - |
|  |  | Regular | Finalized | 804773 | 08/18/2021 | 47.83 | $1,219.58 | $961.60 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804774 | 08/18/2021 | 22.66 | $362.56 | $310.22 | Bend - 030 | Active |  | - | - |
|  |  | Regular | Finalized | 804775 | 08/18/2021 | 80.00 | $1,360.00 | $1,253.72 | Bend - 030 | Active |  | - | - |
| **Total** |  |  |  |  |  | 1812.23 | $33,652.48 | $26,690.68 |  |  |  | 8.00 | 16.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Report:** | Payroll Pay Statements: Default | | | | | | | | | | | |
| **Grouped By:** | Default Location | | | | | | | | | | | |
| **Sorted By:** | Last Name Ascending | | | | | | | | | | | |
| **Filtered By:** | Employee Filter: All Employees | | | | | | | | | | | |
| **Date & Time:** | 08/20/2021 08:50a | | | | | | | | | | | |
| **Generated By:** | Shelly J. Meyer | | | | | | | | | | | |
| **Company:** | SHILO INNS (6013713) | | | | | | | | | | | |

**Default Location** — **Bend - 030**

| First Name | Last Name | Type | Status | # | Pay Date | Regular Hours | Gross | Net Payment | Employee Status | Date Terminated | Sick Hours | Vacation Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Regular | Finalized | 804917 | 08/25/2021 | 80.00 | $2,115.38 | $1,670.80 | Active | | - | - |
| | | Regular | Finalized | 804918 | 08/25/2021 | 80.00 | $2,500.00 | $1,966.68 | Active | | - | - |
| **Subtotal** | | | | | | **160.00** | **$4,615.38** | **$3,637.48** | | | **-** | **-** |

**Default Location** — **Warrenton - 145**

| First Name | Last Name | Type | Status | # | Pay Date | Regular Hours | Gross | Net Payment | Employee Status | Date Terminated | Sick Hours | Vacation Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Regular | Finalized | 804971 | 08/25/2021 | 43.96 | $659.40 | $543.14 | Active | | - | - |
| | | Regular | Finalized | 804972 | 08/25/2021 | 35.74 | $536.10 | $451.83 | Active | | - | - |
| | | Regular | Finalized | 804973 | 08/25/2021 | 80.00 | $1,711.54 | $1,274.42 | Active | | - | - |
| | | Regular | Finalized | 804974 | 08/25/2021 | 78.53 | $1,168.92 | $880.07 | Active | | - | - |
| | | Regular | Finalized | 804975 | 08/25/2021 | 65.02 | $1,214.04 | $919.85 | Active | | | 12.00 - |
| | | Regular | Finalized | 804976 | 08/25/2021 | 66.83 | $1,603.27 | $1,207.81 | Active | | | 18.00 - |
| | | Regular | Finalized | 804977 | 08/25/2021 | 80.00 | $1,313.01 | $1,011.52 | Active | | - | - |
| | | Regular | Finalized | 804978 | 08/25/2021 | 28.64 | $400.96 | $343.58 | Active | | - | - |
| | | Regular | Finalized | 804979 | 08/25/2021 | 80.00 | $1,403.90 | $1,068.45 | Active | | - | - |
| | | Regular | Finalized | 804980 | 08/25/2021 | 73.11 | $1,023.54 | $775.48 | Active | | - | - |
| | | Regular | Finalized | 804981 | 08/25/2021 | 48.92 | $684.88 | $529.97 | Active | | - | - |
| | | Regular | Finalized | 804982 | 08/25/2021 | 33.41 | $484.45 | $383.30 | Active | | - | - |
| | | Regular | Finalized | 804983 | 08/25/2021 | 64.01 | $1,056.79 | $799.18 | Active | | - | - |
| | | Regular | Finalized | 804984 | 08/25/2021 | 46.93 | $703.95 | $543.29 | Active | | - | - |
| **Subtotal** | | | | | | **825.10** | **$13,964.75** | **$10,731.89** | | | | **30.00 -** |

# EXHIBIT 2

**Shilo Inn, Bend, LLC**
**Utility Providers**
**As of August 13, 2021**

| Utility Provider Name | Type of Utility | Account No. | Location Served | Security Deposit? | Previous Bill (Month 1) | Previous Bill (Month 2) | Previous Bill (Month 3) | Proposed Cash Deposit | Utility Address | Utility Tel. No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Republic Services | garbage / recycle | 3-0675-1257386 | Bend hotel | unknown | 1045.03 | 874.56 | 797.92 | $905.84 | PO Box 78829, Pheonix, AZ 85062-8829 | 541.382.2263 |
| Cascade Natural Gas | gas manager res | 08997200004 | Bend hotel | unknown | 15.91 | 107.16 | 87.35 | $70.14 | PO Box 5600, Bismarck, ND  58506-5600 | 888.522.1130 |
| Cascade Natural Gas | gas building 2 | 16997200007 | Bend hotel | unknown | 225.27 | 219.6 | 511.93 | $318.93 | PO Box 5600, Bismarck, ND  58506-5600 | 888.522.1130 |
| Cascade Natural Gas | gas office | 18997200003 | Bend hotel | unknown | 25.83 | 48.46 | 99.37 | $57.89 | PO Box 5600, Bismarck, ND  58506-5600 | 888.522.1130 |
| Cascade Natural Gas | gas #600 | 26997200006 | Bend hotel | unknown | 288.91 | 269.12 | 286.93 | $281.65 | PO Box 5600, Bismarck, ND  58506-5600 | 888.522.1130 |
| Cascade Natural Gas | gas building 1 | 36997200005 | Bend hotel | unknown | 14.51 | 32.9 | 14.51 | $20.64 | PO Box 5600, Bismarck, ND  58506-5600 | 888.522.1130 |
| Cascade Natural Gas | gas building 4 | 37997200003 | Bend hotel | unknown | 17.34 | 31.47 | 63.3 | $37.37 | PO Box 5600, Bismarck, ND  58506-5600 | 888.522.1130 |
| Cascade Natural Gas | gas building 6 | 47997200002 | Bend hotel | unknown | 296.7 | 325.69 | 554.14 | $392.18 | PO Box 5600, Bismarck, ND  58506-5600 | 888.522.1130 |
| Cascade Natural Gas | gas building 5 | 57997200001 | Bend hotel | unknown | 136.16 | 131.21 | 132.62 | $133.33 | PO Box 5600, Bismarck, ND  58506-5600 | 888.522.1130 |
| Cascade Natural Gas | gas building 8 | 96997200009 | Bend hotel | unknown | 659.51 | 571.1 | 550.62 | $593.74 | PO Box 5600, Bismarck, ND  58506-5600 | 888.522.1130 |
| Centurylink | phone | 73103658 | Bend hotel | unknown | 516.36 | 514.99 | 514.99 | $515.45 | PO Box 91155, Seattle, WA  98111-9255 | 800.777.9594 |
| Centurylink | internet | 541 385 6801 801b | Bend hotel | unknown | 1092.34 | 1093.1 | 1093.1 | $1,092.85 | PO Box 91155, Seattle, WA  98111-9255 | 800.777.9594 |
| Centurylink | phone | 541 389 2178 287b | Bend hotel | unknown | 71.87 | 67.63 | 66.05 | $68.52 | PO Box 91155, Seattle, WA  98111-9255 | 800.777.9594 |
| City of Bend | water | 12905569000 | Bend hotel | unknown | 681.67 | 589 | 691.2 | $653.96 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | sewer | 12905569000 | Bend hotel | unknown | 1924.64 | 1924.64 | 1987.56 | $1,945.61 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | water | 12905569020 | Bend hotel | unknown | 122.23 | 89.81 | 172.88 | $128.31 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | sewer | 12905569020 | Bend hotel | unknown | 324.83 | 324.83 | 303.17 | $317.61 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | water | 12905569040 | Bend hotel | unknown | 602.54 | 430.32 | 611.69 | $548.18 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | sewer | 12905569040 | Bend hotel | unknown | 996.59 | 964.44 | 964.44 | $975.16 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | water | 12905569060 | Bend hotel | unknown | 164.36 | 138.4 | 145.45 | $149.40 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | sewer | 12905569060 | Bend hotel | unknown | 644.6 | 623.81 | 623.81 | $630.74 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | water | 12905581030 | Bend hotel | unknown | 38.5 | 38.71 | 44.14 | $40.45 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | sewer | 12905581030 | Bend hotel | unknown | 42.39 | 42.39 | 43.8 | $42.86 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | 6" fire line water | 129055344580 | Bend hotel | unknown | 167.15 | 219.09 | 197.04 | $194.43 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| City of Bend | 6" fire line sewer | 129055344580 | Bend hotel | unknown | 1262.13 | 1262.13 | 1304.2 | $1,276.15 | PO Box 34533, Seattle, WA  98124-1533 | 541.388.5515 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 973.25 | 634.42 | 631.78 | $746.48 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 560.43 | 458.54 | 486.3 | $501.76 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 1109.87 | 985.49 | 877.04 | $990.80 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 750.42 | 574.22 | 690.37 | $671.67 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 722.21 | 504.62 | 567.39 | $598.07 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 793.48 | 603.92 | 760.35 | $719.25 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 684.9 | 603.92 | 467.42 | $585.41 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 1440.37 | 994.19 | 1145.17 | $1,193.24 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 451.05 | 353.1 | 453.1 | $419.08 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity (10 meters) | 02251521-001 5 | Bend hotel | unknown | 468.19 | 342.89 | 319.38 | $376.82 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| TOTAL | | | | | | | | $18,193.97 | | |

**Shilo Inn, Warrenton, LLC**
**Utility Providers**
**As of August 13, 2021**

| Utility Provider Name | Type of Utility | Account No. | Location Served | Security Deposit? | Previous Bill (Month 1) | Previous Bill (Month 2) | Previous Bill (Month 3) | Proposed Cash Deposit | Utility Address | Utility Tel. No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Centurylink | phone | 88775112 | Warrenton Hotel | unknown | 474.27 | 476.86 | 476.86 | $ 476.00 | PO Box 52187, Pheonix, AZ 85072-2187 | 800.860.1020 |
| Centurylink | phone | 503 861 2194 460 | Warrenton Hotel | unknown | 189.5 | 186.04 | 184 | $ 186.51 | PO Box 52187, Pheonix, AZ 85072-2187 | 800.860.1020 |
| Charter Communications | internet | 8787 14 002 0109902 | Warrenton Hotel | unknown | 263.84 | 263.84 | 259.95 | $ 262.54 | PO Box 7173, Pasadena, CA 91109-7173 | 800.314.7195 |
| City of Warrenton | sewer | 002827-000 | Warrenton Hotel | unknown | 1264.11 | 1046.81 | 745.59 | $ 1,018.84 | PO Box 250, Warrenton, OR 97146 | 503.861.2233 |
| City of Warrenton | storm | 002827-000 | Warrenton Hotel | unknown | 361.06 | 208.6 | 148.35 | $ 239.34 | PO Box 250, Warrenton, OR 97146 | 503.861.2233 |
| City of Warrenton | water | 002827-000 | Warrenton Hotel | unknown | 1062.45 | 892.33 | 656.51 | $ 870.43 | PO Box 250, Warrenton, OR 97146 | 503.861.2233 |
| City of Warrenton | sewer | 109516-002 | Warrenton Hotel | unknown | 65.09 | 64.42 | 64.42 | $ 64.64 | PO Box 250, Warrenton, OR 97146 | 503.861.2233 |
| City of Warrenton | storm | 109516-002 | Warrenton Hotel | unknown | 8.48 | 12.12 | 12.12 | $ 10.91 | PO Box 250, Warrenton, OR 97146 | 503.861.2233 |
| City of Warrenton | water | 109516-002 | Warrenton Hotel | unknown | 49.17 | 63.57 | 63.57 | $ 58.77 | PO Box 250, Warrenton, OR 97146 | 503.861.2233 |
| NW Natural | natural gas | 217602-2 | Warrenton Hotel | unknown | 636.09 | 680.01 | 593.18 | $ 636.43 | PO Box 6017, portland, OR 97228-6017 | 503.721.2512 |
| Pacific Power | electricity | 59894340-001 3 | Warrenton Hotel | unknown | 1831.03 | 1352.89 | 1315.73 | $ 1,499.88 | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Pacific Power | electricity | 2259593100 | Warrenton Hotel | unknown | | | | | PO Box 26000, Portland, OR 97256-0001 | 881.221.7070 |
| Recology Western Oregon | garbage / recycle | 1080037093 | Warrenton Hotel | unknown | 1234.49 | 1234.56 | 1225.37 | $ 1,231.47 | PO Box 60609, Los Angeles, CA 90060-0609 | 503.861.0578 |
| TOTAL | | | | | | | | $ 6,555.76 | | |