The Honorable Brian D. Lynch
Chapter 11
Location of Hearing: Tacoma, Courtroom I
Date of Hearing: October 20, 2021
Time of Hearing: 10:00 a.m.
Response Date: October 13, 2021

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>SHILO INN, BEND, LLC, *et. al.,*[1]<br><br>Debtors and Debtors-in-Possession.<br><br>☒ Affects All Debtors<br>☐ Affects SHILO INN, BEND, LLC<br>☐ Affects SHILO INN, WARRENTON, LLC | Lead Case No. 21-41340-BDL<br><br>(Jointly Administered with Case No. 21-41341-BDL)<br><br>NOTICE OF HEARING |

PLEASE TAKE NOTICE that Shilo Inn, Bend, LLC ("*Shilo Bend*") and Shilo Inn, Warrenton, LLC ("*Shilo Warrenton*") (each, a *"Debtor"* and collectively, the *"Debtors"*), as debtors and debtors-in-possession in the above-captioned jointly-administered Chapter 11 cases, have filed 1) *Debtors' Application to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel Pursuant to 11 U.S.C. § 327(a), Declaration of David B. Golubchik, Esq. in Support Thereof*, and 2) *Debtors' Application to Employ Stoel Rives LLP as Local Counsel for Debtors and Debtors-in-Possession Effective as of the Petition Date* (the "*Applications*").

The Applications are set for hearing as follows:

---

[1] The Debtors are Shilo Inn, Bend, LLC, Bankruptcy Case No. 21-41340-BDL and Shilo Inn, Warrenton, LLC, Bankruptcy Case No. 21-41341-BDL. The cases are jointly administered.

NOTICE OF HEARING - 1

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

| | | | |
|---|---|---|---|
| JUDGE: | Honorable Brian D. Lynch | TIME: | October 20, 2021 |
| PLACE: | United States Bankruptcy Court<br>1717 Pacific Avenue<br>Courtroom I<br>Tacoma, WA 98402 | DATE: | 10:00 a.m. |

Copies of the Applications are on file and may be examined by creditors in the office of the Clerk of the U.S. Bankruptcy Court, 1717 Pacific Avenue, Suite 2100, Tacoma, WA 98402. If you want copies of the Applications, you must send a written request to Stoel Rives LLP, Attention: Bryan T. Glover, 600 University Street, Suite 3600, Seattle, WA 98101.

IF YOU OPPOSE the Applications you must file your written response with the court clerk, serve two copies on the Judge's chambers, and deliver one copy on the undersigned NOT LATER THAN the response date which is on or before October 13, 2021.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE APPLICATIONS PRIOR TO THE HEARING DATE, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED: September 9, 2021.

LEVENE, NEALE, BENDER,
YOO & BRILL L.L.P.

*/s/ David B. Golubchik*
David B. Golubchik (admitted *pro hac vice*)
John-Patrick M. Fritz (admitted *pro hac vice*)

Proposed Attorneys for Debtors and
Debtors-in-Possession

STOEL RIVES LLP

*/s/ Bryan T. Glover*
Bryan T. Glover, WSBA No. 51045

Proposed Attorneys for Debtors and
Debtors-in-Possession

NOTICE OF HEARING - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*