

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 31, 2021 through August 31, 2021

Account Number: 6360

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00141531 DRE 703 219 24421 NNNNNNNNNN 1 000000000 64 0000
SHILO INN, WARRENTON, LLC
11707 NE AIRPORT WY
PORTLAND OR 97220



## CHECKING SUMMARY  Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $5,470.25 |
| Deposits and Additions | 30 | 87,693.74 |
| Checks Paid | 5 | -2,872.79 |
| Electronic Withdrawals | 18 | -86,598.97 |
| Ending Balance | 53 | $3,692.23 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | Online Transfer From Chk ...5360 Transaction#: 12304436294 | $3,004.72 |
| 08/02 | Online Transfer From Chk ...5360 Transaction#: 12304324759 | 1,155.18 |
| 08/04 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210804 CO Entry Descr:Settlementsec:CCD   Trace#:091000019842086 Eed:210804   Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 6,339.41 |
| 08/04 | Online Transfer From Chk ...5360 Transaction#: 12318877740 | 2,238.49 |
| 08/06 | Online Transfer From Chk ...5360 Transaction#: 12325872402 | 1,235.68 |
| 08/06 | Online Transfer From Chk ...5378 Transaction#: 12333757960 | 1,150.08 |
| 08/06 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210806 CO Entry Descr:Settlementsec:CCD   Trace#:091000015060957 Eed:210806   Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 634.53 |
| 08/06 | Online Transfer From Chk ...5360 Transaction#: 12325844037 | 85.00 |
| 08/09 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210808 CO Entry Descr:Settlementsec:CCD   Trace#:091000010437765 Eed:210809   Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 4,762.99 |
| 08/09 | Online Transfer From Chk ...5360 Transaction#: 12351685020 | 578.26 |
| 08/10 | Online Transfer From Chk ...5360 Transaction#: 12357052658 | 2,994.72 |
| 08/13 | Online Transfer From Chk ...5360 Transaction#: 12380973522 | 16,067.89 |



# CHASE

July 31, 2021 through August 31, 2021
Account Number: 6360

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/13 | Orig CO Name:Bankcard-8566   Orig ID:1592126793 Desc Date:210812 CO Entry Descr:Btot Dep Sec:CCD   Trace#:091000011470255 Eed:210813  Ind ID:518089140028747   Ind Name:Shilo Inn, Warrenton L Trn: 2251470255Tc | 5,829.01 |
| 08/13 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210813 CO Entry Descr:Settlementsec:CCD   Trace#:091000010323357 Eed:210813  Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 299.42 |
| 08/16 | Orig CO Name:Bankcard-8566   Orig ID:1592126793 Desc Date:210813 CO Entry Descr:Btot Dep Sec:CCD   Trace#:091000018972545 Eed:210816  Ind ID:518089140028747   Ind Name:Shilo Inn, Warrenton L Trn: 2288972545Tc | 6,062.71 |
| 08/16 | Orig CO Name:Bankcard-8566   Orig ID:1592126793 Desc Date:210815 CO Entry Descr:Btot Dep Sec:CCD   Trace#:091000010767098 Eed:210816  Ind ID:518089140028747   Ind Name:Shilo Inn, Warrenton L Trn: 2280767098Tc | 4,551.01 |
| 08/16 | Orig CO Name:Bankcard-8566   Orig ID:1592126793 Desc Date:210815 CO Entry Descr:Btot Dep Sec:CCD   Trace#:091000010767099 Eed:210816  Ind ID:518089140028747   Ind Name:Shilo Inn, Warrenton L Trn: 2280767099Tc | 2,842.90 |
| 08/16 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210816 CO Entry Descr:Settlementsec:CCD   Trace#:091000010846016 Eed:210816  Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 667.51 |
| 08/16 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210814 CO Entry Descr:Settlementsec:CCD   Trace#:091000019438872 Eed:210816  Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 654.05 |
| 08/16 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210815 CO Entry Descr:Settlementsec:CCD   Trace#:091000019205543 Eed:210816  Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 476.18 |
| 08/17 | Orig CO Name:Bankcard-8566   Orig ID:1592126793 Desc Date:210816 CO Entry Descr:Btot Dep Sec:CCD   Trace#:091000019028552 Eed:210817  Ind ID:518089140028747   Ind Name:Shilo Inn, Warrenton L Trn: 2299028552Tc | 8,697.21 |
| 08/18 | Orig CO Name:Bankcard-8566   Orig ID:1592126793 Desc Date:210817 CO Entry Descr:Btot Dep Sec:CCD   Trace#:091000016617546 Eed:210818  Ind ID:518089140028747   Ind Name:Shilo Inn, Warrenton L Trn: 2306617546Tc | 8,718.11 |
| 08/18 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210818 CO Entry Descr:Settlementsec:CCD   Trace#:091000014305121 Eed:210818  Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 221.68 |
| 08/19 | Orig CO Name:Bankcard-8566   Orig ID:1592126793 Desc Date:210818 CO Entry Descr:Btot Dep Sec:CCD   Trace#:091000015278930 Eed:210819  Ind ID:518089140028747   Ind Name:Shilo Inn, Warrenton L Trn: 2315278930Tc | 3,372.41 |
| 08/19 | Online Transfer From Chk ...5360 Transaction#: 12416602183 | 1,774.68 |
| 08/24 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210824 CO Entry Descr:Settlementsec:CCD   Trace#:091000013287053 Eed:210824  Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 1,244.35 |
| 08/30 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210829 CO Entry Descr:Settlementsec:CCD   Trace#:091000012742899 Eed:210830  Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 531.43 |
| 08/30 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210828 CO Entry Descr:Settlementsec:CCD   Trace#:091000013071482 Eed:210830  Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 230.88 |
| 08/31 | Online Transfer From Chk ...9323 Transaction#: 12491680495 | 990.00 |
| 08/31 | Orig CO Name:American Express   Orig ID:1134992250 Desc Date:210831 CO Entry Descr:Settlementsec:CCD   Trace#:091000010363170 Eed:210831  Ind ID:0Warrenton Ind Name:Shilo Inn   5360108286 | 283.25 |

**Total Deposits and Additions**  $87,693.74

# CHASE ⬡

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 100053 ^ |  | 08/10 | $386.76 |
| 100054 ^ | | 08/02 | 512.50 |
| 100055 ^ | | 08/03 | 652.85 |
| 100056 ^ | | 08/11 | 85.00 |
| 100057 ^ | | 08/16 | 1,235.68 |
| **Total Checks Paid** | | | **$2,872.79** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | Orig CO Name:Bankcard-8566    Orig ID:1592126793 Desc Date:210731 CO Entry Descr:Mtot Disc Sec:CCD    Trace#:091000011590031 Eed:210802    Ind ID:518089140900325 Ind Name:Shilo Inn, Warrenton L Trn: 2141590031Tc | $3,004.72 |
| 08/04 | Orig CO Name:Thyssenkrupp Ele    Orig ID:2621211267 Desc Date:080321 CO Entry Descr:Btpayment Sec:CCD    Trace#:028000086375478 Eed:210804    Ind ID:000000146739489    Ind Name:Shilo Inn Warrenton Ll | 1,155.18 |
| 08/05 | 08/05 Online Transfer To Chk ...5360 Transaction#: 12322234238 | 6,339.41 |
| 08/06 | Orig CO Name:Westguard Ins CO    Orig ID:7232240321 Desc Date:    CO Entry Descr:Ins Prem Sec:CCD    Trace#:091000016333243 Eed:210806    Ind ID:Shbp271811    Ind Name:Shilo Inn Warrenton Ll Trn: 2186333243Tc | 2,238.49 |
| 08/09 | Orig CO Name:Northwest Natura    Orig ID:0000000160 Desc Date:210806 CO Entry Descr:Billpay Sec:Web    Trace#:091000010219267 Eed:210809    Ind ID:Nw Natural 8004 Ind Name:Shilo Inns Warrenton | 1,134.09 |
| 08/09 | Orig CO Name:Northwest Natura    Orig ID:0000000160 Desc Date:210806 CO Entry Descr:Billpay Sec:Web    Trace#:091000010219266 Eed:210809    Ind ID:Nw Natural 8004 Ind Name:Shilo Inns Warrenton | 15.99 |
| 08/09 | 08/09 Online Transfer To Chk ...5360 Transaction#: 12347768976 | 5,397.52 |
| 08/11 | Orig CO Name:Sysco Corporatio    Orig ID:9004514834 Desc Date:    CO Entry Descr:Payment  Sec:CCD    Trace#:021000022823868 Eed:210811    Ind ID:Usbl052422048Sa    Ind Name:Shilo Inn Warrenton Trn: 2232823868Tc | 578.26 |
| 08/12 | Orig CO Name:Level 3 Communic    Orig ID:3470807040 Desc Date:210811 CO Entry Descr:Auto Pay Sec:CCD    Trace#:091000014981240 Eed:210812    Ind ID:14497655660 Ind Name:Shilo Inns Trn: 2244981240Tc | 2,994.72 |
| 08/13 | 08/13 Online Transfer To Chk ...5360 Transaction#: 12377606452 | 5,829.01 |
| 08/16 | Orig CO Name:Bankcard-8566    Orig ID:1592126793 Desc Date:210813 CO Entry Descr:Btot ADJ Sec:CCD    Trace#:091000018972575 Eed:210816    Ind ID:518089140028747 Ind Name:Shilo Inn, Warrenton L Trn: 2288972575Tc | 309.50 |
| 08/17 | Orig CO Name:American Express    Orig ID:1134992250 Desc Date:210817 CO Entry Descr:Collectionsec:CCD    Trace#:091000015409503 Eed:210817    Ind ID:0Warrenton Ind Name:Shilo Inn  5360108286 | 215.37 |
| 08/17 | 08/17 Online Transfer To Chk ...5360 Transaction#: 12404548327 | 16,067.89 |
| 08/18 | 08/18 Online Domestic Wire Transfer Via: US Bk OR Por/123000220 A/C: Shilo Inn Warrenton LLC Portland OR 97220 US Ref: Warrenton Account Transfer/Bnf/Warrenton Account Transfer Imad: 0818B1Qgc08C030777 Trn: 3391711230Es | 32,891.82 |
| 08/19 | Orig CO Name:Expedia, Inc.    Orig ID:4911996083 Desc Date:    CO Entry Descr:10076325_5Sec:CCD    Trace#:111000026709603 Eed:210819    Ind ID:127000521101 Ind Name:Shilo Inn Warrenton Ll    Rmr*Ik*2140178584\ Trn: 2316709603Tc | 1,774.68 |

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/20 | 08/20 Online Domestic Wire Transfer Via: US Bk OR Por/123000220 A/C: Shilo Inn Warrenton LLC Portland OR 97220 US Imad: 0820B1Qgc07C003053 Trn: 3104971232Es | 3,372.41 |
| 08/23 | Orig CO Name:American Express    Orig ID:1134992250 Desc Date:210821 CO Entry Descr:Collectionsec:CCD    Trace#:091000018796486 Eed:210823  Ind ID:0Warrenton Ind Name:Shilo Inn    5360108286 | 75.63 |
| 08/31 | 08/31 Online Domestic Wire Transfer Via: US Bk OR Por/123000220 A/C: Shilo Inn Warrenton LLC Portland OR 97220 US Ref: Amex And AR Receipts/Bnf/Amex And AR Receipts Imad: 0831B1Qgc08C045378 Trn: 3515341243Es | 3,204.28 |
| **Total Electronic Withdrawals** | | **$86,598.97** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/02 | $6,112.93 | 08/11 | 8,148.54 | 08/19 | 7,064.64 |
| 08/03 | 5,460.08 | 08/12 | 5,153.82 | 08/20 | 3,692.23 |
| 08/04 | 12,882.80 | 08/13 | 21,521.13 | 08/23 | 3,616.60 |
| 08/05 | 6,543.39 | 08/16 | 35,230.31 | 08/24 | 4,860.95 |
| 08/06 | 7,410.19 | 08/17 | 27,644.26 | 08/30 | 5,623.26 |
| 08/09 | 6,203.84 | 08/18 | 3,692.23 | 08/31 | 3,692.23 |
| 08/10 | 8,811.80 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC