# SHILO INN, WARRENTON, LLC
**Balance Sheet (Income Tax Basis)**
Period Ending August 31, 2021

## ASSETS

| | |
|---|---:|
| **Current assets:** | |
| Total Cash | 260,143 |
| Prepaid Expenses | 0 |
| Accounts Receivable | 13,258 |
| **Total current assets** | **273,401** |
| | |
| **Fixed assets:** | |
| Land Warrenton Hotel | 395,475 |
| Land Improvements Warrenton Hotel | 93,566 |
| Buildings Warrenton Hotel | 2,455,102 |
| Furniture Warrenton Hotel | 38,436 |
| Fixtures & Equipment Warrenton Hotel | 78,667 |
| Restaraunt Equip Warrenton Hotel | 98,545 |
| Fixed Asset Software Warrenton Hotel | 3,125 |
| Signage Warrenton Hotel | 156,387 |
| Reorganization Costs Warrenton Hotel | 151,144 |
| **Total Gross Fixed Assets** | **3,470,446** |
| Accumulated Depreciation & Amort | (2,669,889) |
| Accumulated Depreciation & Amort | (50,283) |
| **Net Fixed Assets** | **750,274** |
| | |
| **Other assets:** | |
| Inventory Linens Warrenton Hotel | 25,632 |
| Loan Fees Warrenton Hotel | 120,681 |
| Utility Deposits Warrenton Hotel | 5,122 |
| Franchise Deposit Warrenton Hotel | 7,510 |
| Other Deposits Warrenton Hotel | 2,250 |
| Suspense Account Warrenton Hotel | (64,201) |
| Total Other Assets | 96,995 |
| **Total Assets** | **1,120,669** |

## LIABILITIES AND SHAREHOLDER'S EQUITY

| | |
|---|---:|
| **Current liabilities:** | |
| Pre Petition Accounts Payable | 16,086 |
| **Total current liabilities** | **16,086** |
| | |
| **Long term liabilities:** | |
| Notes Payable Mortgages Warrenton Hotel | 4,369,300 |
| **Total Long Term Liabilities** | **4,369,300** |
| | |
| **Other Liabilities** | |
| Transient Taxes Payable | 20,231 |
| Franchise and Management fees due - pre petition | 374,344 |
| Franchise and Management fees due - post petition | 5,582 |
| Interest Payable Warrenton Hotel | 490,963 |
| **Total Other Liabilities** | **891,119** |
| | |
| **Shareholder's equity:** | |
| MSH Capital Warrenton Hotel | (4,403,005) |
| Intercompany | 78,464 |
| Profit (loss) for period Jan 1 to Aug 13 | 96,621 |
| Profit (loss) for period Aug 15 to current YTD | 72,084 |
| **Total shareholder's equity** | **(4,155,836)** |
| | **1,120,669** |