# SHILO INN, WARRENTON, LLC
**Income Statement (Income Tax Basis)**

For The Period Ending August 31, 2021

|  | CURRENT MONTH<br>Actual | YEAR TO DATE<br>Actual |
|---|---:|---:|
| **REVENUE:** | | |
| Gross Sales\Revenue | 93,033 | 93,033 |
| **Total Revenue** | **93,033** | **93,033** |
| **COST OF SERVICE** | | |
| Direct Labor & Payroll Taxes | 15,366.56 | 15,367 |
| Supplies & Miscellaneous | 0 | 0 |
| Repair & Maintenance | 0 | 0 |
| **Total Cost of Service** | **15,367** | **15,367** |
| **GROSS PROFIT** | **77,666** | **77,666** |
| **OPERATING EXPENSES:** | | |
| Payroll - Other Employees | 0 | 0 |
| Payroll Taxes/Benefits | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Insurance | 0 | 0 |
| Real Property Tax | 0 | 0 |
| Personal Property Tax | 0 | 0 |
| Utilities | 0 | 0 |
| Administration and General | 0 | 0 |
| Franchise and Management fees | 5,582 | $ 5,581.98 |
| Miscellaneous Operating Expenses | 0 | 0 |
| **TOTAL OPERATING EXPENSES EXPENSES** | 5,582 | 5,582 |
| **Net Gain(Loss) from Operations** | **72,084** | **72,084** |
| **Other income and expenses:** | | |
| Interest Expense Warrenton Hotel | 0 | 0 |
| Interest Income Warrenton Hotel | 0 | 0 |
|  | 0 | 0 |
| **Earnings (loss) before income taxes** | **72,084** | **72,084** |
| **Income taxes:** | | |
| Income Tax Expense Warrenton Hotel | 0 | 0 |
|  | 0 | 0 |
| **Net earnings (loss) for period** | **72,084** | **72,084** |

Case 21-41340-BDL    Doc 69-5    Filed 09/23/21    Ent. 09/23/21 09:38:21    Pg. 1 of 1