# UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. Sec. 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30**, **July 31**, **October 31**, and **January 31**, respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

| Summary of Deposits This Month | |
|---|---|
| Deposits from UST-14 Continuation Sheet(s) | $ 270,645.53 |
| Cash receipts not included above (if any) | 0.00 |
| **TOTAL RECEIPTS** | $ 270,645.53 |

| Summary of Disbursements This Month | |
|---|---|
| Disbursements from UST-14 Continuation Sheet(s) | $ 32,670.13 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | 0.00 |
| Disbursements made by other parties for the debtor (if any, explain) | |
| **Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.** | |
| **TOTAL DISBURSEMENTS** | $ 32,670.13 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISSBURSEMENTS)** | $ 237,975.40 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?    Yes ___    No X    **If Yes, list each quarter that is delinquent and the amount due.**

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

| | Case Number: | 21-41341-BDL |
|---|---|---|
| Debtor: SHILO INN, WARRENTON, LLC | Month Ending | AUG 2021 |

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

**Depository (bank) name Account number**     US Bank ....2163

Purpose of this account (select one):
 X  General operating account
    General payroll account
    Tax deposit account (payroll, sales, gambling, or other taxes)
    Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | $ | 0.00 |
| Add:  Transfers in from other estate bank accounts | $ | 40,104.69 |
| Cash receipts deposited to this account | $ | 45,960.51 |
| OPEX draw funds received from Wells Fargo | | 185,741.84 |
| Total cash available this month | $ | 271,807.04 |
| Subtract:  Transfers out to other estate bank accounts | | $0.00 |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | $ | 15,366.56 |
| Adjustments, if any (explain) | | |
| Ending cash balance | $ | 256,440.48 |

Does this CONTINUATION SHEET include the following supporting documents, as required:   Yes   No

A monthly bank statement (or trust account statement);
A detailed list of receipts for that account (deposit log or receipts journal);
A detailed list of disbursements for that account (check register or disbursement journal); and,
If applicable, a detailed list of funds received and/or disbursed by another party for the debtor.                                                                                                    X

UST-14 CONTINUATION SHEET, Number _____ of _____

# UST-14, CONTINUATION SHEET
# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

**Depository (bank) name Account number** — US Bank ....0859

Purpose of this account (select one):
 X General operating account
 General payroll account
 Tax deposit account (payroll, sales, gambling, or other taxes)
 Other (explain)

| | | |
|---|---|---|
| Beginning cash balance | $ | 646.18 |
| Add: Transfers in from other estate bank accounts | $ | 0.00 |
| Cash receipts deposited to this account | $ | 0.00 |
| | | 0.00 |
| Total cash available this month | $ | 646.18 |
| Subtract: Transfers out to other estate bank accounts | | 636.18 |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | $ | 0.00 |
| Adjustments, if any (explain) | | |
| Ending cash balance | $ | 10.00 |

Does this CONTINUATION SHEET include the following supporting documents, as required:  Yes  No

A monthly bank statement (or trust account statement);
A detailed list of receipts for that account (deposit log or receipts journal);
A detailed list of disbursements for that account (check register or disbursement journal); and,
If applicable, a detailed list of funds received and/or disbursed by another party for the debtor.  X

UST-14 CONTINUATION SHEET, Number _____ of _____

# UST-14, CONTINUATION SHEET
# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

**Depository (bank) name Account number**     **Chase Bank ....6360**

Purpose of this account (select one):
 X  General operating account
    General payroll account
    Tax deposit account (payroll, sales, gambling, or other taxes)
    Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | $ | 21,521.13 |
| Add: Transfers in from other estate bank accounts | $ | 0.00 |
| Cash receipts deposited to this account | $ | 38,943.18 |
| Financing or other loaned funds (identify source) | | 0.00 |
| Total cash available this month | $ | 60,464.31 |
| Subtract: Transfers out to other estate bank accounts | | 39,468.51 |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | $ | 1,235.68 |
| Adjustments, if any (explain) Refund to SMC funds for July TOT paid 8.13.21 | $ | 16,067.89 |
| Ending cash balance | $ | 3,692.23 |

Does this CONTINUATION SHEET include the following supporting documents, as required:    Yes    No

    A monthly bank statement (or trust account statement);
    A detailed list of receipts for that account (deposit log or receipts journal);
    A detailed list of disbursements for that account (check register or disbursement journal); and,
    If applicable, a detailed list of funds received and/or disbursed by another party for the debtor.      X

UST-14 CONTINUATION SHEET, Number _____ of _____