

September 29, 2021

VIA CM/ECF

The Honorable Brian D. Lynch
United States Bankruptcy Court
1717 Pacific Avenue, Suite 2100
Tacoma, WA 98402

    **Re:**    *In re Shilo Inn, Bend, LLC, et al.*
             **Case No. 21-41340-BDL (Lead Case)**
             **Request for Telephonic Appearance**

Dear Judge Lynch:

This firm is Lead Counsel to the Debtors and Debtors-in-Possession in the above-referenced matter. As we are located in Los Angeles, California, I respectfully request to appear by telephone at the hearing scheduled for **Friday, October 1, 2021, at 10:00 a.m.**, on the Motion for Entry of an Order Authorizing Debtors to Use Cash Collateral on an Interim Basis and Setting a Final Hearing; Memorandum of Points and Authorities in Support [Dkt. No. 21]. I can be contacted at (310) 229-3395 or jpf@lnbyb.com.

Thank you in advance for your consideration.

Very truly yours,

John-Patrick M. Fritz

cc: ECF Participants

10250 Constellation Boulevard, Suite 1700 Los Angeles, California 90067-6200
───────────────────────────────
Tel: 310.229.1234 Fax: 310.229.1244 Web: www.lnbyb.com

Case 21-41340-BDL    Doc 78    Filed 09/29/21    Ent. 09/29/21 16:00:22    Pg. 1 of 1