Entered on Docket September 30, 2021

**Below is the Order of the Court.**



———————————————
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>SHILO INN, BEND, LLC, *et. al.*,[1]<br><br>    Debtors and Debtors-in-Possession.<br><br>☒ Affects All Debtors<br>☐ Affects SHILO INN, BEND, LLC<br>☐ Affects SHILO INN, WARRENTON, LLC | Lead Case No. 21-41340-BDL<br><br>(Jointly Administered with Case No. 21-41341-BDL)<br><br>**ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO SECTION 366(c) OF THE BANKRUPTCY CODE** |

The Court considered the *Emergency Motion for Entry of an Order Authorizing Debtors to Provide Adequate Assurance of Future Payment to Utility Companies Pursuant to Section 366(c) of the Bankruptcy Code* (the "Motion") [Dkt. No. 31] filed by Shilo Inn, Bend, LLC ("Shilo Bend") and Shilo Inn, Warrenton, LLC ("Shilo Warrenton") (each a "Debtor" and, collectively, the "Debtors") the debtors and debtors in possession in the above-captioned, jointly-administered chapter 11 bankruptcy cases. Initial capitalized terms not otherwise defined in this Order have the same meanings as ascribed to them in the Motion and accompanying Master Statement of Facts.

---

[1] The Debtors are Shilo Inn, Bend, LLC, Bankruptcy Case No. 21-41340-BDL and Shilo Inn, Warrenton, LLC, Bankruptcy Case No. 21-41341-BDL. The cases are jointly administered.

ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE
ASSURANCE PAYMENT TO UTILITY COMPANIES - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112489059.1 0070625-00004

Case 21-41340-BDL    Doc 79    Filed 09/30/21    Ent. 09/30/21 16:09:33    Pg. 1 of 3

The Court, having considered the Motion, the notice of the Motion, the Master Statement of Facts and declaration of Larry Chank filed separately and concurrently in support of the Motion, the record in these cases, the docket in these cases, the lack of opposition to the Motion, and for good cause appearing, therefor,

**HEREBY FINDS** that notice of the Hearing and Motion were good and proper under the circumstances of the cases; and

**HEREBY ORDERS AS FOLLOWS:**

1. The Motion is granted as set forth in this Order on a final basis.

2. The Debtors are authorized to provide adequate assurance of payment to the Utility Companies listed in Exhibit 2 to the declaration of Larry Chank via cash deposits in the amounts set forth therein.

3. The cash deposits paid by the Debtors to the Utility Companies in the amounts set forth in Exhibit 2 to the declaration of Larry Chank constitute adequate assurance of payment pursuant to Section 366(c) of the Bankruptcy Code.

**IT IS SO ORDERED.**

*[END OF ORDER]*

ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE
ASSURANCE PAYMENT TO UTILITY COMPANIES - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112489059.1 0070625-00004

Case 21-41340-BDL    Doc 79    Filed 09/30/21    Ent. 09/30/21 16:09:33    Pg. 2 of 3

Presented By:

LEVENE, NEALE, BENDER,
YOO & BRILL L.L.P.

*/s/ John-Patrick M. Fritz*
David B. Golubchik
John-Patrick M. Fritz

Proposed Attorneys for Debtors and
Debtors-in-Possession

STOEL RIVES LLP

*/s/ Bryan T. Glover*
Bryan T. Glover, WSBA No. 51045

Proposed Attorneys for Debtors and
Debtors-in-Possession

ORDER AUTHORIZING DEBTORS TO PROVIDE ADEQUATE
ASSURANCE PAYMENT TO UTILITY COMPANIES - 3

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

112489059.1 0070625-00004

Case 21-41340-BDL    Doc 79    Filed 09/30/21    Ent. 09/30/21 16:09:33    Pg. 3 of 3