_Mary Jo Heston_
**Mary Jo Heston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>SHILO INN, BEND, LLC,<br><br>Debtor.<br>☒ Affects both Debtors<br>☐ Affects Shilo Inn, Bend, LLC<br>☐ Affects Shilo Inn, Warrenton, LLC | Case No. 21-41340-MJH<br><br>Jointly Administered with Shilo Inn Warrenton, LLC, Case No. 21-41341-MJH<br><br>ORDER CONVERTING CHAPTER 11 CASE |

THIS MATTER came before the Court upon the motion of the State of Oregon, through its Department of Justice, to Appoint a Chapter 11 Trustee, (the "Motion"). Appearances were as set forth on the record. The Court has reviewed and considered the Motion and any and all evidence submitted in support of an in opposition to the Motion, the records and files herein, and the oral argument of counsel, if any.

The Court finds that:

1. Notice of the Motion was timely and adequate;

2. Cause exists pursuant to § 1112(b) to convert this case to a case under chapter 7; and

3. In addition to the foregoing, any and all additional findings of fact and

ORDER CONVERTING CASES TO CHAPTER 7

Office of the United States Trustee
United States Courthouse
700 Stewart St., Suite 5103
Seattle, Washington 98101
Phone: 206-553-2000

Case 21-41340-MJH    Doc 556    Filed 01/23/26    Ent. 01/23/26 13:36:59    Pg. 1 of 2

conclusions of law orally set forth on the record at the time of the hearing on the Motion are adopted and incorporated herein pursuant to Fed. R. Civ .P. 52(a) and Fed. R. Bank. P. 7052.

Based upon the foregoing,

IT IS HEREBY ORDERED THAT:

    A.    The cases of Shilo Inn, Bend, LLC, Case No. 21-41340-MJH, and Shilo Inn, Warrenton, LLC, Case No. 21-41341-MJH are converted to cases under chapter 7 of the Bankruptcy Code.

    B.    The Debtors shall do the following:

    1.    Immediately turn over to the chapter 7 trustee all records and property of the estate under the Debtor's custody and control as required by Fed. R. Bankr. P. 1019(d);

    2.    Within fourteen (14) days of the date of this Order, file a schedule of all unpaid debts incurred after the commencement of the chapter 11 case but before conversion, as required by Fed. R. Bankr. P. 1019(e)(1)(A).

    3.    Within thirty (30) days of the date of this Order, file and send to the United Statese trusutee a final report and account as required by Fed. R. Bankr. P. 1019(e)(1)(B).

    4.    Within 15 days of the date of this Order, file the statements and schedules required by Fed. R. Bankr. P. 1019(a)(1) & (2), and 1007(b), if such documents have not already been filed.

    C.    The Clerk of the Court shall forthwith provide notice of the conversion of this case to the Debtor, all creditors, and other parties in interest.

///END OF ORDER///

Presented by:

Jonas V. Anderson
Acting United States Trustee for Region 18

*/s/ Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for United States Trustee

ORDER CONVERTING CASES TO CHAPTER 7

Office of the United States Trustee
United States Courthouse
700 Stewart St., Suite 5103
Seattle, Washington 98101
Phone: 206-553-2000